LYNDA PASQUALUCCI ET AL. *v.* BARKHAMSTED ZONING BOARD OF APPEALS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*James T. Flaherty,* in support of the petition.

*Peter C. Herbst* and *Lynn D. Wittenbrink,* in opposition.

Decided January 17, 1991

ROCHELLE P. TESLER, EXECUTRIX (ESTATE OF MICHAEL A. TESLER) *v.* GARY T. JOHNSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 536, is denied.

*Raymond L. Baribeault, Jr.,* in support of the petition.

*John W. O'Meara,* in opposition.

Decided January 17, 1991

ELLIS SHEILA FRANKE BERNE *v.* TOWN OF STRATFORD

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 554, is denied.

*Anthony M. Guerrera,* in support of the petition.

*Laurence V. Parnoff,* in opposition.

Decided January 17, 1991